**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Vita Craft Corporation | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 48-0756448 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1110 W. 58th Street <br> Shawnee, KS 66203 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Johnson | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   www.vitacraft.com

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Vita Craft Corporation
         _____
         Name                                            Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor   <u>Vita Craft Corporation</u>                                    Case number (*if known*) _____
       Name

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

| Debtor | Vita Craft Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November  1, 2019
                        MM / DD / YYYY

**X** /s/ Gary E. Martin                                      Gary E. Martin
Signature of authorized representative of debtor          Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ Robert J. Haupt KS Dist. Ct.            Date   November  1, 2019
Signature of attorney for debtor                          MM / DD / YYYY

Robert J. Haupt KS Dist. Ct. 78760 KDC#78760
Printed name

Lathrop Gage LLP
Firm name

2345 Grand Boulevard
Suite 2200
Kansas City, MO 64108
Number, Street, City, State & ZIP Code

Contact phone   8604605733        Email address   rhaupt@lathropgage.com

78760 KS
Bar number and State

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**                                page 4

Fill in this information to identify the case:

Debtor name    Vita Craft Corporation

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AES Resources, LLC POB 544 Olathe, KS 66061-0394 | | Trade Debt/Temporary labor | | | | $4,315.50 |
| Applied Industrial Tech. 1815 Bedford Ave Kansas City, MO 64116-4402 | | Trade debt | | | | $5,659.36 |
| Baumgarten Handle Systems Bahnhofstrasse 9 D-57290 Neunkirchen, Germany | | Supplies | | | | $37,379.36 |
| CHUBB & Son pob 382001 Pittsburgh, PA 15250-8001 | | Trade debt | | | | $4,460.00 |
| Davies Molding LLC 350 E Kehoe Blvd. Carol Stream, IL 60188 | | Trade debt | | | | $3,477.60 |
| E Shipping POB 775332 Chicago, IL 60677-5322 | | Trade debt | | | | $5,712.38 |
| Edentech Co. Ltd. 125, Asanvalleyseoro Dunpo-Myeon, Asan-Si Chungcheongnam-Do, Korea | | Steel | | | | $9,800.00 |
| Fedex POB 94515 Palatine, IL 60094-4515 | | Trade debt | | | | $5,946.95 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  Vita Craft Corporation                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fuller Creative 601 E 63rd St. Suite 443 Kansas City, MO 64110 | | Trade debt | Disputed | | | $14,900.00 |
| Kansas Power & Light POB 219330 Kansas City, MO 64121-9330 | | Utilities | | | | $5,665.56 |
| Ken Phillips 1260 Masada Lane Spring Hill, FL 34608 | | Unpaid vacation pay | | | | $19,472.63 |
| Kutak Rock, LLP POB 30057 Omaha, NE 68103-1157 | | Legal Services/Trade debt | | | | $4,578.14 |
| Lawrence Paper Co. 2801 Lakeview Rd.-Box 887 Olathe, KS 66062 | | Trade debt | | | | $10,548.54 |
| Mike Zahner 34625 W. 287th St. Paola, KS 66071 | | Unpaid vacation pay | | | | $4,145.31 |
| Northpoint Forwarding llc 4825 NW 41st St. Suite 500 Riverside, MO 64150 | | Trade debt | | | | $14,049.35 |
| NSF International Dept Lockbox 771380 POB 770000 Detroit, MI 48277-1380 | | Trade debt | | | | $3,025.00 |
| RES Manufacturing Company 7801 N. 73rd St. Milwaukee, WI 53223-0238 | | Trade debt | | | | $4,479.39 |
| RESIND ENGINEERING CORP Newark Industrial Park 251 O'Neill Drive Hebron, OH 43025 | | Trade debt | | | | $5,130.00 |
| Schaffner Mfg Co Inc. 1301 N. Corrington Ave. Chicago, IL 60673-4481 | | Trade debt | | | | $14,135.86 |

Debtor   Vita Craft Corporation                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Shane White 14708 Robinson St. Overland Park, KS 66223 | | Unpaid vacation pay | | | | $4,668.30 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor name</td><td>Vita Craft Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF KANSAS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Commerce Bank | Checking | 5117 | $64,298.43 |
| 3.2. | BMO Harris Bank N.A. (Accounts Payable Acct) | checking | 9444 | $0.00 |
| 3.3. | BMO Harris Bank N.A. (401K Acct.) | Checking | 2441 | $0.00 |
| 3.4. | BMO Harris Bank N.A. (Health Insur. Acct.) | checking | 2476 | $0.00 |
| 3.5. | BMO Harris Bank N.A. | checking | 2395 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Trust Acct/Lathrop Gage | $55,611.00 |

Debtor    Vita Craft Corporation
          _____          Case number *(If known)*  _____
          Name

5.    **Total of Part 1.**                                                                    | $119,909.43 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.  General utility deposits                                                            $10,920.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.  Prepaid expenses                                                                    $31,080.25

9.    **Total of Part 2.**                                                                    | $42,000.25 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

      11b. Over 90 days old:        4,024.38        -        0.00    =....        $4,024.38
                                _____              _____
                                face amount                   doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                    | $4,024.38 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    Vita Craft Corporation            Case number (If known) _____
         Name

| | | | | |
|---|---|---|---|---|
| RFIQ Cookware Steel | 6/30/19 | $208,537.30 | Cost | $208,573.30 |

**20.**    **Work in progress**
All: work in progress     6/30/2019     $11,999.58     cost     $11,999.58

**21.**    **Finished goods, including goods held for resale**
Finished RFIQ Goods, Other Goods, less allowance for adjustments     06/30/2019     $1,449,593.43     Cost     $1,449,593.43

**22.**    **Other inventory or supplies**
Incompleted shells     6/30/2019     $388,834.73     Cost     $388,834.73

**23.**    **Total of Part 5.**                              $2,059,001.04

Add lines 19 through 22. Copy the total to line 84.

**24.**    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture**<br>See Equipment | $0.00 | | $0.00 |

**40.**    **Office fixtures**

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

Debtor    Vita Craft Corporation
          Name
Case number *(If known)*

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                    $0.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Manufacturing, Office Furniture and Equipment | $3,862,664.44 | Book | $3,862,664.44 |

51. **Total of Part 8.**                                                    $3,862,664.44
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other | Nature and<br>extent of<br>debtor's interest | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 4

Debtor    Vita Craft Corporation
          _____          Case number *(If known)* _____
          Name

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1. Principal Business. 11100 W. 58th St., Shawnee, KS 66203 | Fee simple | $1,700,000.00 | Bank Appraisal | $1,700,000.00 |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | $1,700,000.00 |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** Assorted patents and trademarks | Unknown | Estimate | $25,000.00 |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** Licensing Agreements | $31,080.25 | Book | $31,080.25 |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** 80 year old business--gold standard in cookware manufacturing | Unknown | Book | Unknown |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $56,080.25 |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

| Debtor | Vita Craft Corporation | Case number (If known) |
|---|---|---|
| | Name | |

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11: All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| Claim against BMO Harris Bank N.A. | | Unknown |
|---|---|---|
| Nature of claim | Loss of Security instrument (Negligence, Breach of Fid. Duty and Contract) | |
| Amount requested | $5,000,000.00 | |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Vita Craft Corporation
          Name

Case number *(If known)*

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $119,909.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $42,000.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,024.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,059,001.04 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,862,664.44 | |
| 88. **Real property.** *Copy line 56, Part 9*......................> | | $1,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $56,080.25 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,143,679.79 | + 91b. $1,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,843,679.79 |

**Fill in this information to identify the case:**

Debtor name    Vita Craft Corporation

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

### 2.1

**BMO Harris BAnk N.A.**
Creditor's Name

111 W. Monroe Street, 4W
Chicago, IL 60603
Creditor's mailing address

chris.allen@bmo.com
Creditor's email address, if known

**Date debt was incurred**
January 31, 2015
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
First Mortgage/Real Property
11100 W. 58th St., Shawnee, KS 66203

**Describe the lien**
First Mortgage and Security Agreement
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,700,000.00
Column B: $1,700,000.00

### 2.2

**BMO Harris BAnk N.A.**
Creditor's Name

111 W. Monroe Street, 4W
Chicago, IL 60603
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
January 31, 2015
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Finished RFIQ Goods, Other Goods, less allowance for adjustments

**Describe the lien**
1st Lien, Security Agreement
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $782,234.00
Column B: $1,449,593.43

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  Vita Craft Corporation
_____
Name

Case number (if know) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,482,234.00 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Greg D. Todd<br>Martin Leigh PC<br>2405 Grand Blvd., Suite 410<br>Kansas City, MO 64108 | Line _2.1_ | BMO Harris<br>Bank N.A. |

| Fill in this information to identify the case: |
| --- |

Debtor name   Vita Craft Corporation

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

City of Shawnee
Bankruptcy/Advisory
11100 Johnson Drive
Shawnee, KS 66203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Information Only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

Internal Revenue Service
Attn. Involvency/Advisory
POB 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Information Only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor    Vita Craft Corporation             Case number (if known) _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address
State of Kansas
Department of Revenue
Civil Tax Enforcement
Topeka, KS 66601

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Information Only

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address
State of Kansas
Dept of Labor
Attn Legal SErvices
401 SW Topeka Blvd
Topeka, KS 66603

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Information Only

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address
State of Kansas
Dept of Health and Environ.
1000 SW Jackson, Sutie 560
Topeka, KS 66612-1371

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Information Only

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                         **Amount of claim**

**3.1**

Nonpriority creditor's name and mailing address
Ace Uniform Sales
4120 Truman Rd.
Kansas City, MO 64127

**Date(s) debt was incurred** _5-8/2019_

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*    $1,068.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
AES Resources, LLC
POB 544
Olathe, KS 66061-0394

**Date(s) debt was incurred** _6-7/2019_

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*    $4,315.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt/Temporary labor_

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Vita Craft Corporation | Case number (if known) | |
|--------|------------------------|------------------------|---|
| | Name | | |

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $440.38

American Express
POB 650448
Dallas, TX 75265-0448
**Date(s) debt was incurred** October 2019
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | $5,659.36

Applied Industrial Tech.
1815 Bedford Ave
Kansas City, MO 64116-4402
**Date(s) debt was incurred** 5-6/2019
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | $179.98

AT&T
POB 5001
Carol Stream, IL 60197-5001
**Date(s) debt was incurred** October 2019
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | $975.84

Bank N Business Systems
POB 5603
Shreveport, LA 71135-5603
**Date(s) debt was incurred** 4/18/2019
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | $37,379.36

Baumgarten Handle Systems
Bahnhofstrasse 9
D-57290 Neunkirchen, Germany
**Date(s) debt was incurred** 3-5/2019
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | $0.00

BMO Harris Bank N.A.
c/o Martin Leigh PC
Attn. Greg D. Todd
2405 Grand Blvd., Suite 410
Kansas City, MO 64108
**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Information Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | $134.50

Boyd Total
POB 413806
Kansas City, MO 64141
**Date(s) debt was incurred** 3-6/2019
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

Debtor __Vita Craft Corporation__  Case number (if known) _____
     Name

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $243.50 |
|---|---|---|---|

Bryght Lawns
2621 S. 40th Terr
Kansas City, KS 66106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _October 2019_

**Last 4 digits of account number** ___

**Basis for the claim:** _Trade vendor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $55.04 |
|---|---|---|---|

Calkins Electric Supply
5707 Nieman Rd.
Shawnee, KS 66203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _7/2019_

**Last 4 digits of account number** ___

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2.11 |
|---|---|---|---|

Centerpoint Energy Services
POB 301149
Dallas, TX 75303-1149

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _9/2019_

**Last 4 digits of account number** ___

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,460.00 |
|---|---|---|---|

CHUBB & Son
pob 382001
Pittsburgh, PA 15250-8001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _10/2019_

**Last 4 digits of account number** ___

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $512.05 |
|---|---|---|---|

Cleaning Technologies Group
POB 639465
Cincinnati, OH 45265-9465

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/2019_

**Last 4 digits of account number** ___

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $166.59 |
|---|---|---|---|

Contact  Rubber Corporation
8635 198th Ave
Bristol, WI 53104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _7/2019_

**Last 4 digits of account number** ___

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38.00 |
|---|---|---|---|

Corporate Health KU Med West
POB 958701
Saint Louis, MO 63195-8701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _7/2019_

**Last 4 digits of account number** ___

**Basis for the claim:** _Employee Healthcare_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $787.16 |
|---|---|---|---|

Crown Packaging
15301 W. 110th St., Ste. 1
Leawood, KS 66211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _6-7/2019_

**Last 4 digits of account number** ___

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Vita Craft Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,477.60 |
|---|---|---|---|

Davies Molding LLC
350 E Kehoe Blvd.
Carol Stream, IL 60188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/2019

**Last 4 digits of account number** ___

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $375.06 |
|---|---|---|---|

Dayton Freight Lines, Inc.
3340 E. 143rd St.
Grandview, MO 64030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/2019

**Last 4 digits of account number** ___

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $986.40 |
|---|---|---|---|

Diana Brown
12610 W. 70th Terr.
Shawnee, KS 66216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-2019

**Last 4 digits of account number** ___

**Basis for the claim:** Unpaid vacation pay

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $175.36 |
|---|---|---|---|

Documart
10315 W. 79th St.
Overland Park, KS 66214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/2019

**Last 4 digits of account number** ___

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,712.38 |
|---|---|---|---|

E Shipping
POB 775332
Chicago, IL 60677-5322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4-7/2019

**Last 4 digits of account number** ___

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,800.00 |
|---|---|---|---|

Edentech Co. Ltd.
125, Asanvalleyseoro
Dunpo-Myeon, Asan-Si
Chungcheongnam-Do, Korea

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Steel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,946.95 |
|---|---|---|---|

Fedex
POB 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4-7/2019

**Last 4 digits of account number** ___

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vita Craft Corporation | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address**
Fuller Creative
601 E 63rd St. Suite 443
Kansas City, MO 64110
**Date(s) debt was incurred** 3-8/2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$14,900.00

---

**3.26** | **Nonpriority creditor's name and mailing address**
GDP Distributing
65 Pixley Industrial Pkwy.
Rochester, NY 14624
**Date(s) debt was incurred** 5/2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$859.75

---

**3.27** | **Nonpriority creditor's name and mailing address**
General Fire Sprinklers
10324 W. 79th St.
Overland Park, KS 66214
**Date(s) debt was incurred** Aug- Oct. 2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Vendor

Is the claim subject to offset? ☑ No ☐ Yes

$314.55

---

**3.28** | **Nonpriority creditor's name and mailing address**
Hartman & Sons Hardware
11018 Johnson Drive
Shawnee, KS 66203
**Date(s) debt was incurred** 6-7/2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$99.16

---

**3.29** | **Nonpriority creditor's name and mailing address**
Ice Masters
6218 Melrose
Shawnee, KS 66203
**Date(s) debt was incurred** Aug - Oct 2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade vendor

Is the claim subject to offset? ☑ No ☐ Yes

$158.92

---

**3.30** | **Nonpriority creditor's name and mailing address**
Infinity Fastener
11028 Strang Line Rd.
Lenexa, KS 66215-2113
**Date(s) debt was incurred** 6/2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$1,377.60

---

**3.31** | **Nonpriority creditor's name and mailing address**
Interstate Tooling & Machining
11028 Strang Line Rd.
Lenexa, KS 66215-1157
**Date(s) debt was incurred** 4/2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$2,340.00

---

Debtor    Vita Craft Corporation                                    Case number (if known) _____
          Name

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $370.26 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Johnson County Wastewater
POB 219948
Kansas City, MO 64121-9948
**Date(s) debt was incurred** _9/2019_
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

$370.26

---

| 3.33 | **Nonpriority creditor's name and mailing address** |  |  |

Joseph Grahovac
5120 Hadley Ct., Apt. 4
Mission, KS 66202
**Date(s) debt was incurred** _2018-2019_
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unpaid vacation pay_

Is the claim subject to offset? ☐ No ☐ Yes

$392.32

---

| 3.34 | **Nonpriority creditor's name and mailing address** |  |  |

Kaeser Compressers
9100 Bond
Overland Park, KS 66214
**Date(s) debt was incurred** _5/2019_
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$532.07

---

| 3.35 | **Nonpriority creditor's name and mailing address** |  |  |

Kansas Gas Service
POB 219046
Kansas City, MO 64121-9046
**Date(s) debt was incurred** _October 2019_
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

$189.00

---

| 3.36 | **Nonpriority creditor's name and mailing address** |  |  |

Kansas Power & Light
POB 219330
Kansas City, MO 64121-9330
**Date(s) debt was incurred** _October 2019_
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

$5,665.56

---

| 3.37 | **Nonpriority creditor's name and mailing address** |  |  |

Ken Phillips
1260 Masada Lane
Spring Hill, FL 34608
**Date(s) debt was incurred** _2016-2019_
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unpaid vacation pay_

Is the claim subject to offset? ■ No ☐ Yes

$19,472.63

---

| 3.38 | **Nonpriority creditor's name and mailing address** |  |  |

Kutak Rock, LLP
POB 30057
Omaha, NE 68103-1157
**Date(s) debt was incurred** _1-8/2019_
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Legal Services/Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$4,578.14

---

| 3.39 | **Nonpriority creditor's name and mailing address** |  |  |

Lawrence Paper Co.
2801 Lakeview Rd.-Box 887
Olathe, KS 66062
**Date(s) debt was incurred** _4-7/2019_
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$10,548.54

---

Debtor    Vita Craft Corporation
          Name

Case number (if known) _____

| | |
|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address** |
| | MAC Water Technologies |
| | 19965 W 162md St |
| | Olathe, KS 66062 |
| | **Date(s) debt was incurred** 5-6/2019 |
| | **Last 4 digits of account number** ___ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?** ■ No ☐ Yes

$1,795.73

| | |
|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address** |
| | Marvin Adamson |
| | 1207 Highway K68 |
| | Ottawa, KS 66067 |
| | **Date(s) debt was incurred** 2018-2019 |
| | **Last 4 digits of account number** ___ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid vacation pay

**Is the claim subject to offset?** ■ No ☐ Yes

$941.34

| | |
|---|---|
| **3.42** | **Nonpriority creditor's name and mailing address** |
| | Matchless United Company |
| | 801 E Linden Ave - Box 88494 |
| | Chicago, IL 60609 |
| | **Date(s) debt was incurred** 6/2019 |
| | **Last 4 digits of account number** ___ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?** ☐ No ☐ Yes

$748.57

| | |
|---|---|
| **3.43** | **Nonpriority creditor's name and mailing address** |
| | Matheson Tri-gas, Inc. |
| | POB 845502 |
| | Dallas, TX 75284-5502 |
| | **Date(s) debt was incurred** 5-9/2019 |
| | **Last 4 digits of account number** ___ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?** ☐ No ☐ Yes

$807.77

| | |
|---|---|
| **3.44** | **Nonpriority creditor's name and mailing address** |
| | McMaster-Carr Supply Inc. |
| | POB 7690 |
| | Dallas, TX 75284-5502 |
| | **Date(s) debt was incurred** 7/2019 |
| | **Last 4 digits of account number** ___ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?** ■ No ☐ Yes

$10.06

| | |
|---|---|
| **3.45** | **Nonpriority creditor's name and mailing address** |
| | Michael Copeland |
| | 10709 Sharon Lane |
| | MN 55203 |
| | **Date(s) debt was incurred** 2019 |
| | **Last 4 digits of account number** ___ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid vacation pay

**Is the claim subject to offset?** ☐ No ☐ Yes

$69.12

| | |
|---|---|
| **3.46** | **Nonpriority creditor's name and mailing address** |
| | Mike Zahner |
| | 34625 W. 287th St. |
| | Paola, KS 66071 |
| | **Date(s) debt was incurred** 2017-2019 |
| | **Last 4 digits of account number** ___ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid vacation pay

**Is the claim subject to offset?** ■ No ☐ Yes

$4,145.31

| Debtor | Vita Craft Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address**
Monode Marking Products, Inc.
9200 Tyler Blvd.
Mentor, OH 44060
**Date(s) debt was incurred** 6/2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$524.93

---

**3.48** | **Nonpriority creditor's name and mailing address**
MSC Industrial Supply Co.
13252 W. 98th St., Bldg. 8
Lenexa, KS 66215
**Date(s) debt was incurred** 6/2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$63.39

---

**3.49** | **Nonpriority creditor's name and mailing address**
Nancy Marcus
8501 W. 79 St.
Overland Park, KS 66204
**Date(s) debt was incurred** 2018-2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid vacation pay

Is the claim subject to offset? ☑ No ☐ Yes

$724.36

---

**3.50** | **Nonpriority creditor's name and mailing address**
Northpoint Forwarding llc
4825 NW 41st St. Suite 500
Riverside, MO 64150
**Date(s) debt was incurred** 4-6/2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$14,049.35

---

**3.51** | **Nonpriority creditor's name and mailing address**
NSF International
Dept Lockbox 771380
POB 770000
Detroit, MI 48277-1380
**Date(s) debt was incurred** 12/2018
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$3,025.00

---

**3.52** | **Nonpriority creditor's name and mailing address**
Office Depot
POB 660113
Detroit, MI 48277-0113
**Date(s) debt was incurred** 5/2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$180.10

---

**3.53** | **Nonpriority creditor's name and mailing address**
OSER Communications Group, LLC
POB 30520
Tucson, AZ 85751
**Date(s) debt was incurred** 12/2018
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$923.00

---

**3.54** | **Nonpriority creditor's name and mailing address**
Pace Analytical Service Inc
9608 Loret Blvd.
Lenexa, KS 66219
**Date(s) debt was incurred** 4/2019
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$530.00

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 9 of 13

| Debtor | Vita Craft Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $105.42 |
|---|---|---|---|

Patricia Aleman
8027 Barnett
Kansas City, KS 66112

**Date(s) debt was incurred** ___2019___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unpaid vacation pay_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $611.31 |
|---|---|---|---|

Paychex, Inc.
POB 4482
Carol Stream, IL 60197-4482

**Date(s) debt was incurred** _October 2019_

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Payroll Services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $380.00 |
|---|---|---|---|

Radwell International Inc.
283 Hughs Lane
Saint Charles, MO 63301

**Date(s) debt was incurred** _5/2019_

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $225.00 |
|---|---|---|---|

Ralph Sauceda

**Date(s) debt was incurred** _7/2019_

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $149.46 |
|---|---|---|---|

Rensenhouse Electric Supply
14740 W. 107th St.
Lenexa, KS 66215

**Date(s) debt was incurred** _7/2019_

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,479.39 |
|---|---|---|---|

RES Manufacturing Company
7801 N. 73rd St.
Milwaukee, WI 53223-0238

**Date(s) debt was incurred** _6/2019_

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,130.00 |
|---|---|---|---|

RESIND ENGINEERING CORP
Newark Industrial Park
251 O'Neill Drive
Hebron, OH 43025

**Date(s) debt was incurred** _4/2019_

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vita Craft Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,703.80 |
|---|---|---|---|

RS Express
171 Inernationale Blvd.
Glendale Heights, IL 60139-2092

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred**  3/2019

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No □ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,234.11 |
|---|---|---|---|

RV Evans Company
8701 Prospect
Kansas City, MO 64132

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred**  5-7/2019

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No □ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $86.78 |
|---|---|---|---|

Salen Specialty Ball Co.
POB 145
West Simsbury, CT 06092

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred**  5/2019

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No □ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,135.86 |
|---|---|---|---|

Schaffner Mfg Co Inc.
1301 N. Corrington Ave.
Chicago, IL 60673-4481

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred**  6-7/2019

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No □ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,668.30 |
|---|---|---|---|

Shane White
14708 Robinson St.
Overland Park, KS 66223

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred**  2017-2019

**Basis for the claim:**  Unpaid vacation pay

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No □ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,013.42 |
|---|---|---|---|

Shoppas MidAmerica
1301 N. Corrington Ave.
Kansas City, MO 64120

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred**  3/2019

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No □ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27.39 |
|---|---|---|---|

Skarda Equipment Co.
POB 3568
Omaha, NE 68103

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred**  6/2019

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No □ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22.00 |
|---|---|---|---|

Swan Engineering & Supply Co
1132 Adams St.
Kansas City, KS 66103-1306

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred**  6/2019

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No □ Yes

---

Debtor  Vita Craft Corporation

Case number (if known) _____

Name

---

**3.70** | Nonpriority creditor's name and mailing address
The Florence Group
35 Miller Ave., - Suite 207
San Francisco, CA 94141

**Date(s) debt was incurred** 6/2019

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sales Override

Is the claim subject to offset? ■ No ☐ Yes

$30.26

---

**3.71** | Nonpriority creditor's name and mailing address
Tim Kritzell
716 N. Water St.
Olathe, KS 66061

**Date(s) debt was incurred** 2018-2019

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid vacation pay

Is the claim subject to offset? ■ No ☐ Yes

$940.95

---

**3.72** | Nonpriority creditor's name and mailing address
Tool Crib Supplies
POB 2400
Lees Summit, MO 64063-6900

**Date(s) debt was incurred** 6/2019

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$709.96

---

**3.73** | Nonpriority creditor's name and mailing address
United Parcel Service
Lockvbox 577
Carol Stream, IL 60132-0577

**Date(s) debt was incurred** 5-6/2019

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shipping

Is the claim subject to offset? ■ No ☐ Yes

$8.60

---

**3.74** | Nonpriority creditor's name and mailing address
Various former customers

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Warranty claims

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.75** | Nonpriority creditor's name and mailing address
Wallis Lubricants
POB 790379
Saint Louis, MO 63179

**Date(s) debt was incurred** 2019

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade supplies

Is the claim subject to offset? ■ No ☐ Yes

$2,498.83

---

**3.76** | Nonpriority creditor's name and mailing address
Waste Management
POB 55558
Boston, MA 02205-5558

**Date(s) debt was incurred** October 2019

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waste services

Is the claim subject to offset? ■ No ☐ Yes

$518.20

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Vita Craft Corporation | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $74.71 |
|------|---------------------------------------------------|--------------------------------------------------------------------|--------|

**Nonpriority creditor's name and mailing address**
Water One
POB 808007
Kansas City, MO 64180-8007

**Date(s) debt was incurred** _October 2019_

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Vendor_

Is the claim subject to offset? ☑ No ☐ Yes

$74.71

---

**Nonpriority creditor's name and mailing address**
3.78
Wells Fargo Vendor Services
POB 650016
Dallas, TX 75265-0016

**Date(s) debt was incurred** _October 2019_

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Vendor_

Is the claim subject to offset? ☑ No ☐ Yes

$212.71

---

**Nonpriority creditor's name and mailing address**
3.79
Windstream Communications
POB 9001013
Louisville, KY 40290-1001

**Date(s) debt was incurred** _October 2019_

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Vendor_

Is the claim subject to offset? ☑ No ☐ Yes

$722.26

---

**Nonpriority creditor's name and mailing address**
3.80
Withers Supply Co.
POB 380144
Kansas City, MO 64138

**Date(s) debt was incurred** _5-7/2019_

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

$768.90

---

**Nonpriority creditor's name and mailing address**
3.81
WW Grainger Inc.
2300 E. 18th St.
Kansas City, MO 64127

**Date(s) debt was incurred** _6/2019_

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

$123.13

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|--|--|--|-----------------------|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 215,808.92 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 215,808.92 |

**Fill in this information to identify the case:**

Debtor name    Vita Craft Corporation

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Master Distributor Agreement | |
|     State the term remaining | Open | |
|     List the contract number of any government contract | | Celebrity China and Cookware<br>13611 W. 109th<br>Lenexa, KS 66215 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement | |
|     State the term remaining | 2019 | |
|     List the contract number of any government contract | | The Florence Group<br>35 Miller Avenue - Suite 207<br>San Francisco, CA 94141 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Vita Craft Corporation

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors       12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   Imura International USA, Inc. | c/o Vita Craft Corporation 11100 W. 58th Street Shawnee, KS 66203 | BMO Harris BAnk N.A. | ■<br>D _____ 2.1 _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2   Mamoru and Yuko Imura | c/o Vita Craft Corp. 11100 W. 58th Street Shawnee, KS 66203 Personal Guarantors | BMO Harris BAnk N.A. | ■<br>D _____ 2.1 _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Vita Craft Corporation

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................................    $    1,700,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................    $    6,143,679.79

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................................    $    7,843,679.79

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    2,482,234.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$    215,808.92

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b    $    2,698,042.92

**Fill in this information to identify the case:**

Debtor name   Vita Craft Corporation

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 1, 2019      **X** /s/ Gary E. Martin
                                             Signature of individual signing on behalf of debtor

                                           Gary E. Martin
                                           Printed name

                                           President
                                         Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Vita Craft Corporation_

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | For prior year:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other  _____ | $3,340,663.00 |
   | For year before that:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other  _____ | $5,210,589.00 |
   | For the fiscal year:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other  _____ | $4,397,787.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor    Vita Craft Corporation _____    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | BMO Harris BAnk N.A.<br>111 W. Monroe Street, 4W<br>Chicago, IL 60603 | Aug.,<br>Sept.,<br>Oct. | $45,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |
| 3.2. | Kansas City Power and LIght | Aug –<br>October<br>2019 | $11,786.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other_____ |
| 3.3. | Travelers Insurance | Aug –<br>October<br>2019 | $13,448.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Insurance__ |
| 3.4. | The Winans Group | 2019 | $11,850.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other_____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

Debtor     Vita Craft Corporation                                    Case number (if known) _____

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:     Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:     Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Lathrop Gage LLP 2345 Grand Boulevard Suite 2200 Kansas City, MO 64108 | Attorney Fees | November 1, 2019 | $44,389.00 |
| **Email or website address** rhaupt@lathropgage.com | | | |
| **Who made the payment, if not debtor?** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
to a self-settled trust or similar device.

Debtor   Vita Craft Corporation          Case number *(if known)* _____

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| Commerce Bank 13501 Shawnee Mission Pkwy Shawnee, KS 66216 | Box 90001158 Gary Martin | Plant drawings, old corporate records | ☐ No ■ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

Debtor    Vita Craft Corporation _____    Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    The Winans Group<br>4707 College Blvd., Suite 215<br>Leawood, KS 66211 | 2001-present<br>(estimate) |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    BMO Harris BAnk N.A.<br>111 W. Monroe Street, 4W<br>Chicago, IL 60603 |

Debtor   Vita Craft Corporation                                    Case number *(if known)*

---

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☐ No
   ☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Mike Zahner (Purchasing Agent), Diana Brown (Controller) | 2018 | $3,566,662.32.  Taken by staff. Cost Basis |
| | **Name and address of the person who has possession of inventory records** | | |
| | Debtor | | |
| 27.2. | Mike Zahner (Purchasing Agent), Diana Brown (Controller) | 2017 | $3,685,557.81. Taken by staff. Cost basis |
| | **Name and address of the person who has possession of inventory records** | | |
| | Debtor | | |
| 27.3. | | Will occur in November 2019 | $3,434,33.38.  Current Book Value |
| | **Name and address of the person who has possession of inventory records** | | |
| | Debtor | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gary Martin | | President, Officer, Authorized Signatory | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☑ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

---

Debtor    Vita Craft Corporation                               Case number *(if known)*

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      November 1, 2019

/s/ Gary E. Martin                                    Gary E. Martin
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor      President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

In re Vita Craft Corporation _____ Case No. _____

_____ Debtor(s)    Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 1, 2019 _____

*Date*

/s/ Robert J. Haupt KS Dist. Ct.
Robert J. Haupt KS Dist. Ct. 78760
KDC#78760
*Signature of Attorney*
Lathrop Gage LLP
2345 Grand Boulevard
Suite 2200
Kansas City, MO 64108
8604605733 Fax: 8162922001
rhaupt@lathropgage.com
*Name of law firm*

---

Ace Uniform Sales
4120 Truman Rd.
Kansas City, MO 64127


AES Resources, LLC
POB 544
Olathe, KS 66061-0394


American Express
POB 650448
Dallas, TX 75265-0448


Applied Industrial Tech.
1815 Bedford Ave
Kansas City, MO 64116-4402


AT&T
POB 5001
Carol Stream, IL 60197-5001


Bank N Business Systems
POB 5603
Shreveport, LA 71135-5603


Baumgarten Handle Systems
Bahnhofstrasse 9
D-57290 Neunkirchen, Germany


BMO Harris BAnk N.A.
111 W. Monroe Street, 4W
Chicago, IL 60603


BMO Harris Bank N.A.
c/o Martin Leigh PC
Attn. Greg D. Todd
2405 Grand Blvd., Suite 410
Kansas City, MO 64108


Boyd Total
POB 413806
Kansas City, MO 64141


Bryght Lawns
2621 S. 40th Terr
Kansas City, KS 66106

Calkins Electric Supply
5707 Nieman Rd.
Shawnee, KS 66203


Celebrity China and Cookware
13611 W. 109th
Lenexa, KS 66215


Centerpoint Energy Services
POB 301149
Dallas, TX 75303-1149


CHUBB & Son
pob 382001
Pittsburgh, PA 15250-8001


City of Shawnee
Bankruptcy/Advisory
11100 Johnson Drive
Shawnee, KS 66203


Cleaning Technologies Group
POB 639465
Cincinnati, OH 45265-9465


Contact  Rubber Corporation
8635 198th Ave
Bristol, WI 53104


Corporate Health KU Med West
POB 958701
Saint Louis, MO 63195-8701


Crown Packaging
15301 W. 110th St., Ste. 1
Leawood, KS 66211


Davies Molding LLC
350 E Kehoe Blvd.
Carol Stream, IL 60188


Dayton Freight Lines, Inc.
3340 E. 143rd St.
Grandview, MO 64030

Diana Brown
12610 W. 70th Terr.
Shawnee, KS 66216


Documart
10315 W. 79th St.
Overland Park, KS 66214


E Shipping
POB 775332
Chicago, IL 60677-5322


Edentech Co. Ltd.
125, Asanvalleyseoro
Dunpo-Myeon, Asan-Si
Chungcheongnam-Do, Korea


Fedex
POB 94515
Palatine, IL 60094-4515


Fuller Creative
601 E 63rd St. Suite 443
Kansas City, MO 64110


GDP Distributing
65 Pixley Industrial Pkwy.
Rochester, NY 14624


General Fire Sprinklers
10324 W. 79th St.
Overland Park, KS 66214


Greg D. Todd
Martin Leigh PC
2405 Grand Blvd., Suite 410
Kansas City, MO 64108


Hartman & Sons Hardware
11018 Johnson Drive
Shawnee, KS 66203


Ice Masters
6218 Melrose
Shawnee, KS 66203

Infinity Fastener
11028 Strang Line Rd.
Lenexa, KS 66215-2113

Internal Revenue Service
Attn. Involvency/Advisory
POB 7346
Philadelphia, PA 19101-7346

Interstate Tooling & Machining
11028 Strang Line Rd.
Lenexa, KS 66215-1157

Johnson County Wastewater
POB 219948
Kansas City, MO 64121-9948

Joseph Grahovac
5120 Hadley Ct., Apt. 4
Mission, KS 66202

Kaeser Compressers
9100 Bond
Overland Park, KS 66214

Kansas Gas Service
POB 219046
Kansas City, MO 64121-9046

Kansas Power & Light
POB 219330
Kansas City, MO 64121-9330

Ken Phillips
1260 Masada Lane
Spring Hill, FL 34608

Kutak Rock, LLP
POB 30057
Omaha, NE 68103-1157

Lawrence Paper Co.
2801 Lakeview Rd.-Box 887
Olathe, KS 66062

MAC Water Technologies
19965 W 162md St
Olathe, KS 66062


Marvin Adamson
1207 Highway K68
Ottawa, KS 66067


Matchless United Company
801 E Linden Ave - Box 88494
Chicago, IL 60609


Matheson Tri-gas, Inc.
POB 845502
Dallas, TX 75284-5502


McMaster-Carr Supply Inc.
POB 7690
Dallas, TX 75284-5502


Michael Copeland
10709 Sharon Lane
MN 55203


Mike Zahner
34625 W. 287th St.
Paola, KS 66071


Monode Marking Products, Inc.
9200 Tyler Blvd.
Mentor, OH 44060


MSC Industrial Supply Co.
13252 W. 98th St., Bldg. 8
Lenexa, KS 66215


Nancy Marcus
8501 W. 79 St.
Overland Park, KS 66204


Northpoint Forwarding llc
4825 NW 41st St. Suite 500
Riverside, MO 64150

NSF International
Dept Lockbox 771380
POB 770000
Detroit, MI 48277-1380


Office Depot
POB 660113
Detroit, MI 48277-0113


OSER Communications Group, LLC
POB 30520
Tucson, AZ 85751


Pace Analytical Service Inc
9608 Loret Blvd.
Lenexa, KS 66219


Patricia Aleman
8027 Barnett
Kansas City, KS 66112


Paychex, Inc.
POB 4482
Carol Stream, IL 60197-4482


Radwell International Inc.
283 Hughs Lane
Saint Charles, MO 63301


Ralph Sauceda


Rensenhouse Electric Supply
14740 W. 107th St.
Lenexa, KS 66215


RES Manufacturing Company
7801 N. 73rd St.
Milwaukee, WI 53223-0238


RESIND ENGINEERING CORP
Newark Industrial Park
251 O'Neill Drive
Hebron, OH 43025

RS Express
171 Inernationale Blvd.
Glendale Heights, IL 60139-2092


RV Evans Company
8701 Prospect
Kansas City, MO 64132


Salen Specialty Ball Co.
POB 145
West Simsbury, CT 06092


Schaffner Mfg Co Inc.
1301 N. Corrington Ave.
Chicago, IL 60673-4481


Shane White
14708 Robinson St.
Overland Park, KS 66223


Shoppas MidAmerica
1301 N. Corrington Ave.
Kansas City, MO 64120


Skarda Equipment Co.
POB 3568
Omaha, NE 68103


State of Kansas
Department of Revenue
Civil Tax Enforcement
Topeka, KS 66601


State of Kansas
Dept of Labor
Attn Legal SErvices
401 SW Topeka Blvd
Topeka, KS 66603


State of Kansas
Dept of Health and Environ.
1000 SW Jackson, Sutie 560
Topeka, KS 66612-1371

```
Swan Engineering & Supply Co
1132 Adams St.
Kansas City, KS 66103-1306


The Florence Group
35 Miller Ave., - Suite 207
San Francisco, CA 94141


The Florence Group
35 Miller Avenue - Suite 207
San Francisco, CA 94141


Tim Kritzell
716 N. Water St.
Olathe, KS 66061


Tool Crib Supplies
POB 2400
Lees Summit, MO 64063-6900


United Parcel Service
Lockvbox 577
Carol Stream, IL 60132-0577


Wallis Lubricants
POB 790379
Saint Louis, MO 63179


Waste Management
POB 55558
Boston, MA 02205-5558


Water One
POB 808007
Kansas City, MO 64180-8007


Wells Fargo Vendor Services
POB 650016
Dallas, TX 75265-0016


Windstream Communications
POB 9001013
Louisville, KY 40290-1001
```

Withers Supply Co.
POB 380144
Kansas City, MO 64138


WW Grainger Inc.
2300 E. 18th St.
Kansas City, MO 64127

**United States Bankruptcy Court**
**District of Kansas**

In re   Vita Craft Corporation                 Case No. _____

                    Debtor(s)      Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   November 1, 2019            /s/ Gary E. Martin
                                       Gary E. Martin/President
                                       Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re Vita Craft Corporation
_____
Debtor(s)

Case No. _____
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Imura International USA, Inc. c/o Vita Craft Corporation 11100 W. 58th St. Shawnee, KS 66203 | Common | 100% | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date November 1, 2019

Signature /s/ Gary E. Martin
Gary E. Martin

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re   Vita Craft Corporation        Case No. _____

                 Debtor(s)        Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Vita Craft Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Imura International USA, Inc.
c/o Vita Craft Corporation
11100 W. 58th St.
Shawnee, KS 66203

☐ None [*Check if applicable*]

November 1, 2019
_____
Date

/s/ Robert J. Haupt KS Dist. Ct.
_____
Robert J. Haupt KS Dist. Ct. 78760 KDC#78760
Signature of Attorney or Litigant
Counsel for   Vita Craft Corporation
Lathrop Gage LLP
2345 Grand Boulevard
Suite 2200
Kansas City, MO 64108
8604605733 Fax:8162922001
rhaupt@lathropgage.com