**Form fnldec** (Revised 08/01/2018)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 19–22358  Chapter: 11

In re:

Vita Craft Corporation
11100 W. 58th Street
Shawnee, KS 66203

EIN: 48–0756448

**FINAL DECREE**

| Filed And Entered By The Court |
| --- |
| **3/23/23** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. This chapter 11 case is closed.

Document 283

s/ Robert D. Berger
United States Bankruptcy Judge